AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SHANNON LYNN KELLY, ADMINISTRATOR OF THE ESTATE OF KEVIN HERZOG

*Plaintiff(s)*

v.

CHRIS TRINH DAO

*Defendant(s)*

Civil Action No. 26-cv-3800

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHRIS TRINH DAO
273 FREELAND DRIVE
COLLEGEVILLE, PA 19426

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Mark Nester
Law Offices of David M Nester
717 D St NW Ste 310
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/25/2026

United States District Court For The District Of Maryland

Brian Ames

*Signature of Clerk or Deputy Clerk*